FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE ALFREDO PADILLA,<br><br>        Defendant. | NO.: CR 05-00152-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

```
 1          based on the defendant's failure to submit any evidence to meet
 2          his burden on this issue.
 3          and
 4  B.      (X)  The defendant has not met his burden of establishing by
 5          clear and convincing evidence that he is not likely to pose a
 6          danger to the safety of any other person or the community if
 7          released under 18 U.S.C. § 3142(b) or (c). This finding is based
 8          on the defendant's failure to submit any evidence to meet his
 9          burden on this issue.
10
11          IT THEREFORE IS ORDERED that the defendant be detained pending
12  the further revocation proceedings.
13
14  DATED: March 13, 2008
15
16                              _____
17                                    MARGARET A. NAGLE
                                   United States Magistrate Judge
```

Deten[2].ord                               2